IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER STOLTZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-CV-5622 |
| | : | |
| COUNTY OF LANCASTER, | : | |
| BONNIE ASHWORTH, LORE VERNE, | : | |
| RYAN GAJECKI, and JAMES | : | |
| HACKETT | : | |
| Defendants | : | |

## O R D E R

AND NOW, this 1st day of March, 2011, upon consideration of the defendants' motion for summary judgment (Doc. # 48), and all responses and replies thereto, it is hereby ORDERED that the defendants' motion is GRANTED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_/s/ Lawrence F. Stengel_
Lawrence F. Stengel, J.